FRANCIS SCHUH

*v.*

THE MAYOR AND COMMON COUNCIL OF THE CITY OF NEWARK.

Bill for relief. On final hearing on pleadings and proofs.

*Mr. F. B. Allen*, for complainant.

*Mr. Henry Young*, for defendants.

THE CHANCELLOR.

It is admitted and agreed by the counsel of the parties, that the facts in this case bring it precisely within the decision of the court of errors and appeals in *Bogert* v. *City of Elizabeth, 12 C. E. Gr. 568.* On that admission there will be a decree for complainant accordingly.